PAULE BERNSTEIN, Suing on Behalf of Herself as a Stockholder and on Behalf of All Other Stockholders of BEAUX ARTS APARTMENTS, INC., Similarly Situated, etc., Appellant, v. BEAUX ARTS APARTMENTS, INC., and Others, Defendants,

Impleaded with Beaux Arts Development Corporation and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.